UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF NORTH CAROLINA
WESTERN DIVISION
5:21-CR-0150-D

UNITED STATES OF AMERICA,

v.

JAMES KELLY JR.

**ORDER**

Before the Court for consideration is Defendant Kelly's Motion to Seal Proposed Filing, provisionally filed at D.E. 50. For good cause shown the Motion to seal is GRANTED. It is therefore ORDERED that Docket Number 50 shall be and is hereby sealed pending further orders.

SO ORDERED this 29 day of October 2021.

HON. JAMES C. DEVER III
U.S. DISTRICT JUDGE